Writ of Mandamus Denied, Opinion issued September 12, 2012

W



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01226-CV

### IN RE DAVID A. SCHUM, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-9233-Y**

## MEMORANDUM OPINION

Before Justice Morris, Richter, and Lang-Miers
Opinion by Justice Richter

In this original mandamus proceeding, relator contends the trial court abused its discretion by ordering the case transferred from Dallas County, Texas to DuPage County, Illinois. The facts and circumstances of the case are known to the parties and we do not recite them herein. Based on the record before the Court, we conclude relator has not shown he is entitled to the relief requested. *See In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

MARTIN RICHTER
JUSTICE



121226F.P05